356 F.2d 472
 FONTAINEBLEAU HOTEL CORP., Appellant,
v.
Florence Lustig CROSSMAN, a/k/a Florence Lustig trading and doing business as Florence Lustig, Appellee.
 No. 22402.
 United States Court of Appeals Fifth Circuit.
 February 10, 1966.
 
 Richard P. Kenney, Miami, Fla., Williams, Salomon & Kenney, Miami, Fla., for appellant.
 Robert C. Ward, Miami, Fla., for appellee, Ward & Ward, Miami, Fla., of counsel.
 Before JONES and BROWN, Circuit Judges, and BREWSTER, District Judge.
 PER CURIAM:
 
 
 1
 It is the opinion of this Court that the judgment of the district court dismissing the proceedings before it was properly entered. That judgment is
 
 
 2
 Affirmed.